In the Matter of CARLOS ABREU, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent.

Submitted September 10, 2012; decided October 25, 2012

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

---

In the Matter of CARLOS ABREU, Appellant, v MICHAEL F. HOGAN, as Commissioner of Mental Health, et al., Respondents.

Submitted June 25, 2012; decided October 25, 2012

On the Court's own motion, appeal taken from the January 2012 Appellate Division order dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal from the January 2012 Appellate Division order denied.